| | | |
|---|---|---|
| People v Wilson | 2d Dept: 147 AD3d 793 (Queens) | granted 6/20/17 (Rivera, J.) |
| People v Woodley | 1st Dept: 148 AD3d 572 (NY) | denied 6/12/17 (Garcia, J.) |
| People v Woods | 3d Dept: 147 AD3d 1156 (Schenectady) | denied 6/14/17 (Fahey, J.) |
| People v Wright (Ronald) | 3d Dept: 139 AD3d 1094 (Albany) | denied 6/12/17 (DiFiore, Ch. J.) |
| People v Wright (Troy) | 2d Dept: 147 AD3d 1088 (Kings) | denied 6/7/17 (Fahey, J.) |
| People v Wyche | 4th Dept: 148 AD3d 1636 (Erie) | denied 6/8/17 (Garcia, J.) |
| People v Yong Liu | App Div, 1st Dept: 2017 NY Slip Op 64978(U) (NY) | denied 6/8/17 (Garcia, J.) |
| People v Zeitz | 4th Dept: 148 AD3d 1636 (Niagara) | denied 6/26/17 (Wilson, J.) |
| People v Zeleke | County Ct, 4/10/17 (Monroe) | denied 6/8/17 (Garcia, J.) |

(June 1, 2017 through June 30, 2017)

| | | |
|---|---|---|
| People v Sanchez | 2d Dept: 148 AD3d 831 (Dutchess) | granted 6/8/17 (LaSalle, J.) |
| People v Shags | 2d Dept: 148 AD3d 831 (Dutchess) | granted 6/8/17 (LaSalle, J.) |

(July 1, 2017 through July 31, 2017)

| | | |
|---|---|---|
| People v Adamson | 1st Dept: 149 AD3d 534 (NY) | denied 7/25/17 (Rivera, J.) |